United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXSIS SHONTE THOMAS,

        Plaintiff,

    v.

JORDAN UNKNOWN, et al.,

        Defendants.

Case No. 18-cv-03060-MMC

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING COMPLAINT**

Re: Dkt. No. 6

Before the Court is Magistrate Judge Joseph C. Spero's Report and Recommendation, filed September 18, 2018, by which said Magistrate Judge recommends the Court dismiss plaintiff's complaint. No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, plaintiff's complaint is hereby DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

Dated: October 9, 2018

MAXINE M. CHESNEY
United States District Judge